Taniel E. Anderson, Arent Fox LLP, of Washington, DC, argued for petitioner. With him on the brief was Anthony W. Shaw.

Sara B. Rearden, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With her on the brief were James M. Eisenmann, General Counsel, and Keisha Dawn Bell, Deputy General Counsel. Of counsel was Antonia Ramos Soares, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC.

RADER, Chief Judge, LOURIE, and WALLACH, Circuit Judges. .

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**

Charles Williamson Day Jr., Gebhardt & Associates, LLP, of Washington, DC, argued for petitioner.

Elizabeth Anne Speck, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Stuart F. Delery, Principal Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director.

NEWMAN, BRYSON, and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**

**David A. DICE, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 2012–3139.

United States Court of Appeals, Federal Circuit.

April 4, 2013.

**MIKE'S TRAIN HOUSE, INC., Plaintiff–Appellant,**

v.

**BROADWAY LIMITED IMPORTS, LLC and Robert Grubba, Defendants–Appellees.**

No. 2012–1311.

United States Court of Appeals, Federal Circuit.

April 8, 2013.